## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-00850 (JTC) |
| ) | |
| NATIVE WHOLESALE SUPPLY CO., ) | |
| ) | |
| Defendant. ) | |

_____

| | |
|---|---|
| NATIVE WHOLESALE SUPPLY ) | |
| COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-cv-0241 (JTC) |
| ) | |
| THOMAS VILSACK, in his capacity as ) | |
| Secretary of the United States Department of ) | |
| Agriculture, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' SUBMISSION OF NATIVE WHOLESALE SUPPLY COMPANY'S UNPAID BALANCE

Pursuant to the Court's Decision and Order on October 4, 2011 (Document #73), the United States hereby submits this memorandum and supporting documentation setting forth the amount of Native Wholesale Supply Company's ("NWS") current unpaid balance.

NWS's current unpaid balance is: $43,131,307.41 in interest and assessments. *See* Declaration of Larry Wayne Durant ¶ 5, Ex. B (Statement as of September 30, 2011):

assessments ($44,015,409.04) - collection ($2,101,578.27) + interest (1,217,476.64) =

outstanding balance (43,131,307.41).

The United States respectfully requests that this Court enter judgment ordering NWS to pay its delinquent balance of $43,131,307.41.

2

 Respectfully submitted,

TONY WEST
Assistant Attorney General

WILLIAM J. HOCHUL JR.
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

 /s/ James D. Nelson
JAMES D. NELSON
Trial Attorney, VA Bar No. 78871
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6143
Washington, DC  20530
Ph: (202) 307-6600
Fax: (202) 616-8460
Email: james.d.nelson2@usdoj.gov

*Counsel for the United States of America and Thomas Vilsack, Secretary of the U.S. Department of Agriculture*

Dated:  October 14, 2011